IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Benjamin J. Kinard,                )<br>                                             )<br>           Plaintiff,               )<br>                                             )<br>vs.                                       )<br>                                             )<br>                                             )<br>John Ozmint, Director, et al.,  )<br>                                             )<br>           Defendants.           )<br>_____ ) | Civil Action No. 6:10-2077-TLW-KFM |

# ORDER

Benjamin J. Kinard, ("plaintiff"), brought this civil action, *pro se*, pursuant to 42 U.S.C. § 1983 on August 11, 2010. (Doc. # 1).

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Kevin F. McDonald, to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that this action be dismissed for lack of prosecution pursuant to Rule 41(b) of the Federal Rules of civil Procedure. (Doc. # 37). The plaintiff filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. # 37). Therefore, this action is dismissed for lack of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**

    s/Terry L. Wooten
United States District Judge

May 27, 2011
Florence, South Carolina